12 MAG 1992          12 CRIM 655
                                ORIGINAL

Approved: _____
          DAMIAN WILLIAMS
          Assistant United States Attorney

Before:   HONORABLE GABRIEL W. GORENSTEIN
          United States Magistrate Judge
          Southern District of New York

          U.S. DISTRICT COURT
          FILED
          JUL 25 2012
          S. D. OF N. Y.

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :        **SEALED COMPLAINT**

     - v. -                     :        Violation of
                                         18 U.S.C. § 115(a)(1)(B)
REGINA LEWIS,                   :

                                :

                                         COUNTY OF OFFENSE:
          Defendant.            :        NEW YORK

- - - - - - - - - - - - - - - - x
                                         **DOC #** ___/___

SOUTHERN DISTRICT OF NEW YORK, ss.:

          ERIC J. WEISS, being duly sworn, deposes and says that
he is a Deputy United States Marshal with the United States
Marshals Service (the "Marshals Service") and charges as
follows:

                         COUNT ONE

          On or about July 19, 2012, in the Southern District of
New York and elsewhere, REGINA LEWIS, the defendant, unlawfully,
willfully, and knowingly, did threaten to assault, kidnap and
murder a United States judge, with intent to impede, intimidate
and interfere with such judge while engaged in the performance
of official duties, and with intent to retaliate against such
judge on account of official duties, to wit, on or about July
19, 2012, LEWIS made a phone call to the chambers of a United
States District Judge in the Southern District of New York,
during which she threatened to murder and otherwise harm that
judge.

          (Title 18, United States Code, Section 115(a)(1)(B).)

          The bases for my knowledge and for the foregoing
charges are, in part, as follows:

                              1

1.    I am a Deputy United States Marshal with the Marshals Service and I have personally participated in the investigation of this matter.  This affidavit is based upon my personal knowledge, my review of documents, and my conversations with law enforcement agents and other people.  Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions and statements of others are reported herein, they are reported in substance and in part, except where otherwise expressly indicated.

2.    On or about July 19, 2012, I spoke to an employee ("Employee-1") of a United States District Judge in the Southern District of New York (the "Judge").  From this conversation, I learned the following:

a.    On or about July 19, 2012, Employee-1 answered a telephone call in the Judge's chambers.  The person who called the Judge's chambers identified herself as REGINA LEWIS, the defendant.

b.    LEWIS told the Employee-1 that she "had a bullet" with the Judge's name on it because of a ruling the Judge had made in a lawsuit LEWIS had filed.

3.    On or about July 20, 2012, I spoke to an employee of the Pro Se Office of United States District Court for the Southern District of New York ("Employee-2").  From this conversation, I learned the following:

a.    On or about, July 19, 2012, REGINA LEWIS, the defendant, called the Pro Se Office of the United States District Court for the Southern District of New York and spoke to Employee-2.

b.    LEWIS told Employee-2 that she wanted the Judge's phone number and that she planned to kill the Judge. LEWIS also told Employee-2 that the Judge had closed her case and that the Judge did not know what he was doing.

c.    LEWIS further declared: "I will kill the mother fucker, I am going to kill him."

WHEREFORE, deponent prays that REGINA LEWIS, the defendant, be arrested and imprisoned, or bailed, as the case may be.

ERIC J. WEISS
DEPUTY UNITED STATES MARSHAL
United States Marshals Service

Sworn to before me this
25th day of July, 2012

HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3