Judge Hellerstein

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                              :

REGINA LEWIS,                       :

             Defendant.      :

- - - - - - - - - - - - - - - - - - x

**INDICTMENT**

12 Cr.

12 CRIM 655

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 23 2012

COUNT ONE

The Grand Jury charges:

1. On or about July 19, 2012, in the Southern District of New York and elsewhere, REGINA LEWIS, the defendant, willfully and knowingly did threaten to assault, kidnap and murder a United States judge, with intent to impede, intimidate and interfere with such judge while engaged in the performance of official duties, and with intent to retaliate against such judge on account of official duties, to wit, on or about July 19, 2012, LEWIS made a phone call to the chambers of a United States District Judge in the Southern District of New York, during which she threatened to murder and otherwise harm that judge.

(Title 18, United States Code, Section 115(a)(1)(B).)

_____          _____
FOREPERSON                                PREET BHARARA
                                          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

REGINA LEWIS,

                            Defendant.

**INDICTMENT**

12 Cr.

(18 U.S.C. § 115(a)(1)(B).)

PREET BHARARA
United States Attorney.

A TRUE BILL

_[signature]_
                            Foreperson.

8/23/12 - Filed Indictment.
dc        Case assigned to Judge Hellerstein.
          Judge Fox
          USMJ