1-7-14

Pro Se

Dear Clerk,                                          12 CR 655 (AKH)

Please forward this motion to Judge Preska to re-enforce my motion to dismiss the indictment under Fed.R.Crim.P. Rule 52(b)

RECEIVED
JAN 17 2014
LORETTA A. PRESKA
CHIEF U.S. DISTRICT JUDGE
S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/14

Thank you
Regina Lewis

RECEIVED
JAN 24 2014

Dear Ms. Lewis, Mr. Epstein's filing is not effective at trial, has not been granted. This motion is academic and therefore is denied. 1-28-14

(file as an order, and mail)

JAN 15 2014
PRO SE

12 MAG 1998 - 7-14   1.
12 Cr. 655 Pro Se

Dear Chief Judge Preska,

First, I am Pro Se. Second, I never authorized Lloyd Epstein to represent me. Based on his letter to Mr. Williams dated 1-1-14 Re: United States v. Regina Williams Dk# No. 12-Cr-863 (LAP) Rule 12.2(b) Notice that I am assuming was either in reference to me but the information is wrong or either it was sent to me in error.

Lloyd Epstein's filing under Fed. R. Crim. P. Rule 12.2(b) Notice and proposed voir dire dated 1-2-14 were submitted without my knowledge or permission and therefore I want them stricken from court record. Furthermore Rule 12.2(b) refers to notice of expert evidence of a mental condition (1) issue of guilt and (2) issue of punishment in a capital case.

Neither my mental condition nor rule 12.2(b) apply to the matter because the indictment doesn't satisfy the statue requirement for me to be found guilty at trial nor does it require me to plead guilty and the matter is not a capital case nor do I face any punishment since the appropriate sentencing guideline is up to one year under 18 U.S.C. 115 (a)(1)(b) and my pre-trial detention has exceeded that by far.

to I re-inforce my pro se motion filed on 12-28-13 to dismiss the indictment under Fed. R. Crim. P. Rule 52(b) Plain-Error. Without having any merit to the complaint or any evidence to satisfy the statue requirements, a motion for dismissal by the Government in the interest of justice is inevitable.

Lloyd Epstein has failed miserably to assist me, advice me or to investigate the information that will lead to an aquittal anyway. I demand that he be removed as standby counsel because clearly he has violated the disciplinary Rule requiring him as a lawyer to assist me zealously even as standby counsel.

Sincerely,
Regina Lewis

cc: U.S. Attorney Eric Holder
U.S. Justice Dept
950 Pennsylvania Ave. N.W.
Washington, DC. 20530

Judge wrote:

"Dear Ms. Lewis:

Mr. Epstein's filing is not effective, and trial has not been fixed. Thus, this motion is academic, and therefore is denied.

1-28-14
Alvin K. Hellerstein"