```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :
              -against-                                     :         12-CR-655 (VSB)
                                                            :
REGINA LEWIS,                                               :         **ORDER**
                                                            :
                                   Defendant.               :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2020

VERNON S. BRODERICK, United States District Judge:

I am in receipt of applications for a writ of error coram nobis filed on January 16, 2020 (Doc 196), August 5, 2020, (Doc. 197), September 16, 2020, (Doc. 198), and September 30, 2020 (Doc. 199) ("Applications"), from Petitioner Regina Lewis. On May 30, and July 26, 2019, I entered orders denying Petitioner's previous applications for a writ of error coram nobis. (*See* Docs. 190, 194.) In my July 26, 2019 order, I stated that if Petitioner sought relief from my May 30, 2019 order that she may only obtain it through an appropriate appeal. (Doc. 194.) However, Petitioner is advised that pursuant to an order entered by the United States Court of Appeals for the Second Circuit ("Court of Appeals") in connection with various other appeals filed by Petitioner, Petitioner must file a motion seeking leave of the Court of Appeals prior to filing any future appeals. For the reasons stated in my May 30 and July 26, 2019 orders, it is hereby:

ORDERED that Petitioner's Applications for a writ of error coram nobis are DENIED; and

IT IS FURTHER ORDERED that Petitioner cannot file an appeal without filing a motion seeking leave to do so from the Court of Appeals.

The Clerk's Office is directed to mail a copy of this order to the defendant.

SO ORDERED.

Dated: October 22, 2020
New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge