```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
UNITED STATES OF AMERICA,                                :
                                                         :
                                                         :
              -against-                                  :        12-CR-655 (VSB)
                                                         :
REGINA LEWIS,                                            :            ORDER
                                                         :
                        Defendant.                       :
                                                         :
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2020

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of an application for a writ of error coram nobis filed on December 28, 2020 from Petitioner Regina Lewis.  (Doc. 201.)  On May 30, and July 26, 2019, I entered orders denying Petitioner's previous applications for a writ of error coram nobis.  (*See* Docs. 190, 194.)  In my July 26, 2019 order, I stated that if Petitioner sought relief from my May 30, 2019 order that she may only obtain it through an appropriate appeal.  (Doc. 194.)  Despite this order, Petitioner went on to file subsequent applications for a writ of error coram nobis on January 16, August 5, September 16, and September 30, 2020.  (Docs. 196–99.)  On October 22, 2020, I denied these applications and again ordered that Petitioner may obtain relief only through an appropriate appeal to the Second Circuit Court of Appeals.  (Doc. 200.)  Nevertheless, Petitioner has filed another application in this Court.  (Doc. 201.)

      For the reasons stated in my orders issued on May 30, 2019, July 26, 2019, and October 22, 2020 it is hereby:

      ORDERED that Petitioner's Application for a writ of error coram nobis is DENIED.

      IT IS FURTHER ORDERED that Petitioner cannot file an appeal without filing a motion seeking leave to do so from the Court of Appeals.

      IT IS FURTHER ORDERED that the Clerk's office shall not accept any future filings from Petitioner unless they are addressed to the Second Circuit Court of Appeals either seeking leave to file an appeal or appealing after being granted permission to file an appeal.

      The Clerk's Office is directed to mail a copy of this order to the defendant.

SO ORDERED.

Dated:    December 30, 2020
            New York, New York

                                                Vernon S. Broderick
                                                United States District Judge